No. 97–9504. KORN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9577. EVANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–72. LAFONTAINE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–88. FLESHMAN v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 98–91. THORNE v. DEPARTMENT OF DEFENSE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–103. PHARAON v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. D. C. Cir. Certiorari denied.

No. 98–135. MORGAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 98–137. RESNER ET AL. v. ARC MILLS, INC. C. A. 2d Cir. Certiorari denied.

No. 98–209. MERS v. MARRIOTT INTERNATIONAL GROUP ACCIDENTAL DEATH AND DISMEMBERMENT PLAN. C. A. 7th Cir. Certiorari denied.

No. 98–239. HESTER INDUSTRIES, INC. v. STEIN, INC. C. A. Fed. Cir. Certiorari denied.

No. 98–275. EDDLETON v. BOARD OF SUPERVISORS OF HANOVER COUNTY. Sup. Ct. Va. Certiorari denied.

No. 98–281. ABSENTEE SHAWNEE TRIBE OF OKLAHOMA v. CITIZEN BAND OF POTAWATOMI INDIAN TRIBE OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 98–284. HAWTHORNE v. UNIVERSITY OF WEST FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.